IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DOUGLAS GENE MAYBERRY,
    Appellant/Defendant,

vs.

CASE NO. 2:06CV841

UNITED STATES OF AMERICA,
    Appellee/Respondent.

**NOTICE OF APPEAL**

Comes now the appellant/defendant DOUGLAS GENE MAYBERRY, acting pro se and without the aid of counsel and hereby gives notice to appeal to the Eleventh Circuit United States Court of Appeals this court's October 23, 2006 denial of his Motion to Alter/Amend Habeas Judgment pursuant to Fed.Rule Civ.Proc. Rule 60(b)(4).

Respectfully submitted this 13th day of December, 2006.

Douglas G. Mayberry
70949-012  A/C
Post Office Box 7001
Taft, CA 93268-7001