Plaintiff's Name: Douglas G. Mayberry
REG.No: 70949-012
Address: P.O. Box 7001
Taft, CA 93268-7001

## UNITED STATES DISTRICT COURT

DOUGLAS GENE MAYBERRY,            )   APPLICATION TO PROCEED
                                  )   IN FORMA PAUPERIS
    Plaintiff/Petitioner,         )   BY A PRISONER
                                  )
vs.                               )
                                  )   CASE NUMBER:   2:06CV841
UNITED STATES OF AMERICA,         )
                                  )
    Defendants/Respondent.        )
_____)

    I, DOUGLAS GENE MAYBERRY, declare that I am the plaintiff/respondent in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

    In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    X Yes    __ No    (If "no" DO NOT USE THIS FORM)

    If "yes" state the place of your incarceration. Taft Correctional Institution.

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?   X Yes    __ No

    a.   If the answer is "yes" state the amount of your pay. $15 per month.

    b.   If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

    a.   Business, profession, or other self-employment:        __ Yes    X No

    b.   Rent payments, interest or dividends:                  __ Yes    X No

    c.   Pensions, annuities or life insurance payments:        __ Yes    X No

1

    d.    Disability or workers compensation payments:    ___ Yes    _X_ No

    e..    Gifts or inheritances:    ___ Yes    _X_ No

    f.    Any other sources:    _X_ Yes    ___ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.  **Approximately $50 - $100 per month from friends.**

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes _X_ No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ___ Yes    _X_ No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?    ___ Yes    _X_ No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.    **NONE**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

_December 21, 2006_        _/s/ Doug Mayberry_
DATE                                          SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __11.23__ on account to his/her credit at __Taft Correctional Inst.__ (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ __114.86__. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ __54.24__.

**(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).**

__December 20, 2006__        _/s/_    12/20/06
DATE                          SIGNATURE OF AUTHORIZED OFFICER

(Revised 2/15/06)

12/20/2006    9:40:09AM

# TAFT CORRECTIONAL INST.
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB | On Count |
|---|---|---|---|---|---|
| 70949-012 | MAYBERRY | DOUGLAS | | | Cur Balance |
| Location | Classification | Intake Date | | Expected Release | 11.23 |
| A1C | A | 04/08/2005 | | | |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 03/20/2006 | | Canteen Recpt No. 76672 | 54 | 7.00 | Commissary | 14.14 |
| 03/22/2006 | | Canteen Recpt No. 55542 | 54 | 13.60 | Commissary | 0.54 |
| 03/27/2006 | 9.90 | | 40 | | Escrow Transfer | 10.44 |
| 03/28/2006 | | Canteen Recpt No. 77908 | 54 | 9.73 | Commissary | 0.71 |
| 04/10/2006 | 20.00 | P. MAYBERRY | 14 | | MONEY ORDER | 20.71 |
| 04/10/2006 | | Canteen Recpt No. 58170 | 54 | 18.63 | Commissary | 2.08 |
| 04/10/2006 | 14.40 | | 44 | | INMATE PAYROLL | 16.48 |
| 04/13/2006 | | Canteen Recpt No. 60041 | 54 | 1.00 | Commissary | 0.48 |
| 04/14/2006 | | Canteen Recpt No. 80819 | 54 | 5.00 | Commissary | 1.48 |
| 04/24/2006 | | Canteen Recpt No. 80410 | 54 | 10.00 | Commissary | 6.48 |
| 05/08/2006 | 15.12 | | 44 | | INMATE PAYROLL | 15.60 |
| 05/09/2006 | | Canteen Recpt No. 84315 | 54 | 15.00 | Commissary | 0.60 |
| 05/10/2006 | 30.00 | P MAYBERRY | 14 | | MONEY ORDER | 30.60 |
| 05/11/2006 | | Canteen Recpt No. 63121 | 54 | 25.36 | Commissary | 5.24 |
| 05/15/2006 | | Canteen Recpt No. 63567 | 54 | 5.00 | Commissary | 0.24 |
| 06/08/2006 | 50.00 | P MAYBERRY | 14 | | MONEY ORDER | 50.24 |
| 06/08/2006 | | Canteen Recpt No. 66825 | 54 | 50.00 | Commissary | 0.24 |
| 06/12/2006 | 15.84 | | 44 | | INMATE PAYROLL | 16.08 |
| 06/14/2006 | | Canteen Recpt No. 89795 | 54 | 14.40 | Commissary | 1.68 |
| 06/15/2006 | 3.44 | | 40 | | Escrow Transfer | 5.12 |
| 06/20/2006 | | Canteen Recpt No. 68553 | 54 | 1.00 | Commissary | 4.12 |
| 06/22/2006 | | Canteen Recpt No. 68925 | 54 | 4.00 | Commissary | 0.12 |
| 06/23/2006 | 100.00 | A GREEN | 14 | | MONEY ORDER | 100.12 |
| 06/26/2006 | | Canteen Recpt No. 91398 | 54 | 27.40 | Commissary | 72.72 |
| 06/29/2006 | | AUTHOR HOUSE | 66 | 50.00 | CHECK FOR INMATES | 22.72 |
| 06/30/2006 | | Canteen Recpt No. 70117 | 54 | 19.59 | Commissary | 3.13 |
| 07/07/2006 | | Canteen Recpt No. 93223 | 54 | 3.00 | Commissary | 0.13 |
| 07/10/2006 | 16.56 | | 44 | | INMATE PAYROLL | 16.69 |
| 07/11/2006 | 20.00 | B. MAYBERRY | 14 | | MONEY ORDER | 36.69 |
| 07/13/2006 | | Canteen Recpt No. 94159 | 54 | 35.31 | Commissary | 1.38 |

5

12/20/2006                                                                                                          9:40:09AM

# TAFT CORRECTIONAL INST.
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB | On Count Cur Balance |
|---|---|---|---|---|---|
| 70949-012 | MAYBERRY | DOUGLAS | | | 11.23 |

| Location | Classification | Intake Date | Expected Release |
|---|---|---|---|
| A1C | A | 04/08/2005 | |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 07/14/2006 | 125.00 | M. FORD | 14 | | MONEY ORDER | 126.38 |
| 07/18/2006 | | Canteen Recpt No. 72536 | 54 | 26.00 | Commissary | 100.38 |
| 07/19/2006 | | Canteen Recpt No. 72749 | 54 | 17.76 | Commissary | 82.62 |
| 07/28/2006 | 10.00 | US TREAS/OK | 14 | | MONEY ORDER | 92.62 |
| 07/31/2006 | | Canteen Recpt No. 96753 | 54 | 23.40 | Commissary | 69.22 |
| 08/07/2006 | 100.00 | Canteen Recpt No. 97775 | 54 | 35.00 | Commissary | 34.22 |
| 08/07/2006 | | | 40 | | Escrow Transfer | 134.22 |
| 08/10/2006 | | Canteen Recpt No. 98505 | 54 | 9.50 | Commissary | 124.72 |
| 08/14/2006 | 14.40 | | 44 | | INMATE PAYROLL | 139.12 |
| 08/15/2006 | 100.00 | | 14 | | MONEY ORDER | 239.12 |
| 08/16/2006 | | Canteen Recpt No. 99443 | 54 | 27.96 | Commissary | 211.16 |
| 08/28/2006 | | Canteen Recpt No. 101039 | 54 | 38.97 | Commissary | 172.19 |
| 09/01/2006 | | Canteen Recpt No. 101984 | 54 | 27.24 | Commissary | 144.95 |
| 09/06/2006 | 100.00 | | 40 | | Escrow Transfer | 244.95 |
| 09/07/2006 | | Canteen Recpt No. 79849 | 54 | 43.20 | Commissary | 201.75 |
| 09/11/2006 | | Canteen Recpt No. 80305 | 54 | 4.98 | Commissary | 196.77 |
| 09/11/2006 | 16.56 | | 44 | | INMATE PAYROLL | 213.33 |
| 09/13/2006 | | Canteen Recpt No. 80803 | 54 | 15.69 | Commissary | 197.64 |
| 09/19/2006 | | Canteen Recpt No. 81653 | 54 | 40.31 | Commissary | 157.33 |
| 09/20/2006 | 75.00 | M FORD | 14 | | MONEY ORDER | 232.33 |
| 09/29/2006 | | Canteen Recpt No. 105699 | 54 | 63.97 | Commissary | 168.36 |
| 10/02/2006 | | Canteen Recpt No. 105984 | 54 | 9.60 | Commissary | 158.76 |
| 10/05/2006 | | Canteen Recpt No. 106634 | 54 | 26.55 | Commissary | 132.21 |
| 10/06/2006 | 15.84 | | 44 | | INMATE PAYROLL | 148.05 |
| 10/11/2006 | | Canteen Recpt No. 107275 | 54 | 62.04 | Commissary | 86.01 |
| 10/11/2006 | | Canteen Recpt No. 107370 | 54 | 19.68 | Commissary | 66.33 |
| 10/13/2006 | 50.00 | M FORD | 14 | | MONEY ORDER | 116.33 |
| 10/19/2006 | 100.00 | D MUSTAFA | 14 | | MONEY ORDER | 216.33 |
| 10/19/2006 | | TRANS UNION | 66 | 5.95 | CHECK FOR INMATES | 210.38 |
| 10/19/2006 | | EQUIFAX | 66 | 7.95 | CHECK FOR INMATES | 202.43 |

Copyright 1998 CCW   indrpt   General

12/20/2006                                                                                                          9:40:09AM

# TAFT CORRECTIONAL INST.
## Individual Account Report for General Account

| Prsn. Number | Location | Classification | Intake Date | Last Name | First Name | MI | DOB | On Count Cur Balance |
|---|---|---|---|---|---|---|---|---|
| 70949-012 | A1C | A | 04/08/2005 | MAYBERRY | DOUGLAS | | | 11.23 |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 10/20/2006 | | Canteen Recpt No. 86048 | 54 | 20.00 | Commissary | 182.43 |
| 10/23/2006 | | Canteen Recpt No. 86380 | 54 | 20.27 | Commissary | 162.16 |
| 10/30/2006 | | Canteen Recpt No. 87100 | 54 | 20.93 | Commissary | 141.23 |
| 11/02/2006 | | Canteen Recpt No. 87783 | 54 | 22.88 | Commissary | 118.35 |
| 11/08/2006 | | Canteen Recpt No. 88449 | 54 | 47.84 | Commissary | 70.51 |
| 11/13/2006 | 15.12 | | 44 | | INMATE PAYROLL | 85.63 |
| 11/14/2006 | | Canteen Recpt No. 89076 | 54 | 30.51 | Commissary | 55.12 |
| 11/16/2006 | 50.00 | M FORD | 14 | | MONEY ORDER | 105.12 |
| 11/20/2006 | | Canteen Recpt No. 113411 | 54 | 10.58 | Commissary | 94.54 |
| 11/22/2006 | | Canteen Recpt No. 113907 | 54 | 20.00 | Commissary | 74.54 |
| 11/30/2006 | | Canteen Recpt No. 91233 | 54 | 28.75 | Commissary | 45.79 |
| 12/06/2006 | | Canteen Recpt No. 115900 | 54 | 13.65 | Commissary | 32.14 |
| 12/11/2006 | 13.68 | | 44 | | INMATE PAYROLL | 45.82 |
| 12/12/2006 | | Canteen Recpt No. 116928 | 54 | 9.05 | Commissary | 36.77 |
| 12/18/2006 | | Canteen Recpt No. 93821 | 54 | 25.54 | Commissary | 11.23 |

"THE WITHIN INSTRUMENT IS A CORRECT"
COPY OF THE INMATE'S TRUST ACCOUNT
STATEMENT MAINTAINED BY THIS OFFICE.
ATTEST THE GEO GROUP, INC.

BY _[signature]_ DATE 12/20/06
INMATE TRUST OFFICER.