IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
2007 JUN 13 A 11: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

No. 06-16012-B

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 1 2 2007

THOMAS K. KAHN
CLERK

DOUGLAS GENE MAYBERRY,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before ANDERSON and BARKETT, Circuit Judges.

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order dated April 27, 2007, denying his motions for a certificate of appealability and leave to proceed on appeal in forma pauperis. Upon reconsideration, appellant's motion for a certificate of appealability is DENIED because he has failed to make the requisite showing. See 28 U.S.C. §§ 2244(b)(3)(A), 2253(c)(2); Gonzalez v. Crosby, 545 U.S. 524, 530-31, 125 S.Ct. 2641, 2647-48, 162 L.Ed.2d 480 (2005); Slack v. McDaniel, 520 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000); Jackson v.

Crosby, 437 F.3d 1290, 1294 (11th Cir.), cert. denied, 127 S.Ct. 240 (2006).

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.